IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20388
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT LESLIE KONITSKI,
a/k/a Robert Maxwell Black,

Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. J-95-CR-15-1
- - - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Robert Leslie Konitski contends that the district court erred in imposing a fine. The district court was not clearly erroneous in its finding that Konitski had the potential ability to pay the fine in the future and did not abuse its discretion in imposing the fine. United States v. Fair, 979 F.2d 1037, 1040-42 (5th Cir. 1992); United States v. Altamirano, 11 F.3d 52, 53 (5th Cir. 1993).

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.